**Order entered April 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01154-CR
No. 05-13-01155-CR

**TOMMY EXIQUIO MARTINEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-51119-M, F10-51168-M**

## ORDER

The Court **GRANTS** the State's April 1, 2014 motion to accept the contemporaneously filed letter brief. We **ORDER** the State's letter brief received on April 1, 2014 filed as of the date of this order.

On February 27, 2014, the Court adopted the trial court's findings regarding the indictment and plea papers for cause no. 05-13-01155-CR (trial court no. F10-51168-M) and ordered the parties to file supplemental briefs addressing the issue of whether appellant was charged with the same offense in the two indictments and whether appellant pleaded guilty to the same offense as alleged in the two indictments. We have received appellant's supplemental brief which raises the issue that the conviction in cause no. 05-13-01155-CR constitutes a double

jeopardy violation and the State's letter brief stating the State not only does not object to appellant's receipt of the requested relief but agrees appellant should receive the requested relief.

Accordingly, we **ORDER** the appeal submitted, without argument, on April 28, 2014 to a panel consisting of Justices Lang, Myers, and Brown.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE